1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNTY OF GLENN, a political
subdivision of the State of
California; and THE PEOPLE OF
THE STATE OF CALIFORNIA, acting
by and through the COUNTY OF
GLENN,

                Plaintiffs,

        v.

AMERISOURCEBERGEN DRUG
CORPORATION; CARDINAL HEALTH,
INC.; McKESSON CORPORATION;
PURDUE PHARMA L.P.; PURDUE
PHARMA, INC.; THE PURDUE
FREDERICK COMPANY, INC.; TEVA
PHARMACEUTICAL INDUSTRIES, LTD.;
TEVA PHARMACEUTICALS USA, INC.;
CEPHALON, INC.; JOHNSON &
JOHNSON; JANSSEN
PHARMACEUTICALS, INC.; ORTHO-
MCNEIL-JANSSEN PHARMACEUTICALS,
INC. n/k/a JANSSEN
PHARMACEUTICALS, INC.; JANSSEN
PHARMACEUTICA INC. n/k/a JANSSEN
PHARMACEUTICALS, INC.; NORAMCO,
INC.; ENDO HEALTH SOLUTIONS
INC.; ENDO PHARMACEUTICALS,
INC.; ALLERGAN PLC f/k/a ACTAVIS
PLS; WATSON PHARMACEUTICALS,
INC. n/k/a ACTAVIS, INC.; WATSON

CIV. NO. 2:18-01139 WBS AC

ORDER OF RECUSAL

1

1  LABORATORIES, INC.; ACTAVIS LLC;
   ACTAVIS PHARMA, INC. f/k/a
2  WATSON PHARMA, INC.;
   MALLINCKRODT PLC; MALLINCKRODT
3  LLC; and INSYS THERAPEUTICS,
   INC.;
4
                Defendants.
5

6                    ----oo0oo----

7         Pursuant to 28 U.S.C. § 455(b)(4), the undersigned

8  hereby recuses himself as the judge to whom this case is assigned

9  because the undersigned has a financial interest in Johnson &

10 Johnson.

11        IT IS THEREFORE ORDERED that the Clerk of the Court

12 reassign this case to another judge for all further proceedings,

13 making appropriate adjustments in the assignments of civil cases

14 to compensate for such reassignment.

15        IT IS FURTHER ORDERED that any previous orders issued

16 by the undersigned judge in this case are hereby VACATED and SET

17 ASIDE, and any dates previously set by the undersigned judge in

18 this case are hereby VACATED.

19 Dated:  May 10, 2018

20                                    _____
                                     WILLIAM B. SHUBB
21                                   UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

                                    2